**No. 69707.**—Polk's Model Craft Hobbies, Inc. *v.* United States, protest 62/19390 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of meters similar in all material respects to those the subject of *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiff was sustained.

**No. 69708.**—Henry A. Wess, Inc., et al. *v.* United States, protests 59/23751, etc. (Cleveland).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of brass nutcrackers similar in all material respects to those the subject of *Henry A. Wess, Inc.* v. *United States* (52 Cust. Ct. 115, C.D. 2446), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, DECEMBER 20, 1965

**No. 69709.**—Parksmith Corp. *v.* United States, protests 311954–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of chinaware cups and saucers, not chiefly used as tableware, but chiefly used as souvenir articles, the claim of the plaintiff was sustained.